Guy R. COCHRANE, Michael A. Fisher, Edwin H. McKee, Edward A. Mankinen, Stephen C. Wolf, Keith A. Howard, Richard J. Pike, and Howard G. Wilshire, Petitioners,

v.

DEPARTMENT OF INTERIOR, Respondent.

No. 02–3148.

United States Court of Appeals, Federal Circuit.

DECIDED: June 27, 2002.

*ORDER*

SCHALL, Circuit Judge.

The court having directed Guy R. Cochrane et al. to show cause why their petition for review should not be dismissed as untimely filed and Cochrane et al. having failed to answer,

IT IS ORDERED THAT:

(1) Cochrane et al.'s petition for review is dismissed.

(2) Each side shall bear its own costs.